# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-3302

_____

United States of America

*Plaintiff - Appellee*

v.

Tjuan Thompson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 30, 2026
Filed: August 4, 2026
[Unpublished]

_____

Before LOKEN, L.R. SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Tjuan Thompson appeals after he pled guilty, pursuant to a plea agreement containing an appeal waiver, to possessing a firearm as a felon, and the district court[1] imposed a sentence within the United States Sentencing Guidelines range. His

_____

[1]The Honorable Sarah E. Pitlyk, United States District Judge for the Eastern District of Missouri.

counsel has moved for leave to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), discussing the voluntariness of the plea and the reasonableness of the sentence. Having jurisdiction under 28 U.S.C. § 1291, this court dismisses the appeal based on the appeal waiver.

Upon careful review, this court concludes that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within waiver's scope, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal outside the scope of the appeal waiver.

The appeal is dismissed, and counsel's motion to withdraw is granted.

_____